

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00381-CV

**IN RE** Donald W. **TAYLOR**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            H. Todd McCray, Justice

Delivered and Filed: June 25, 2025

PETITION FOR WRIT OF MANDAMUS DENIED
MOTION FOR SANCTIONS DENIED

On July 12, 2025, relator filed his petition for writ of mandamus seeking relief from a series of orders issued by respondent in 2021 in a proceeding that has been closed since 2023 after relator's appeal was denied by this court and his petition for review was denied by the Texas Supreme Court. Real parties in interest promptly notified the court that they waived their right to file a response to the petition in the unlikely event that one was requested and further moved for sanctions pursuant to Rule 45 of the Texas Rules of Appellate Procedure, which authorizes the award of damages to the prevailing party in a frivolous appeal.

---

[1]This proceeding arises out of Cause No. 16670, styled *Donald W. Taylor v. Clark Aspy, et al*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.

We have reviewed relator's petition and determined that it is frivolous. Nevertheless, real parties in interest do not articulate or provide evidentiary support for any quantum of damages. Accordingly, relator's petition for writ of mandamus and real parties in interests' motion for sanctions are **DENIED**.

PER CURIAM